## Bubb v. Pittsburgh, Harmony, Butler & New Castle Railway Company, Appellant.

Argued Oct. 9, 1914. Appeal, No. 55, Oct. T., 1914, by defendant, from judgment of C. P. Beaver Co., June T., 1912, No. 231, on verdict for plaintiff in case of O. M. Bubb v. Pittsburgh, Harmony, Butler & New Castle Railway Company. Before FELL, C. J., POTTER, ELKIN, STEWART and MOSCHZISKER, JJ. Affirmed.

Trespass to recover damages for personal injuries.
Before HOLT, P. J.

Verdict for plaintiff for $12,000 which the court subsequently reduced to $10,000, and judgment thereon. Defendant appealed.

*Error assigned* was in refusing a new trial.

*J. Sharp Wilson,* with him *Frank E. Reader,* for appellant.

*J. H. Cunningham,* with him *Anderson & Lamb,* for appellee.

PER CURIAM, January 2, 1915:

The plaintiff in this case was injured while a passenger in the defendant's car, in the same accident in which the plaintiff in Dunlap v. Pittsburgh, Harmony, Butler & New Castle Railway Company was injured. In that case the opinion of the court has been filed. The only question raised by the assignments is whether there was error in refusing a new trial on the ground that the verdict was excessive. For the reasons stated in the opinion referred to, the judgment in this case is affirmed.